# UNITED STATES DISTRICT COURT
for the
DISTRICT OF ARIZONA

MC 11-24-UA

| | |
|---|---|
| Alejandro Lopez, a married man in his sole and separate right <br> *Plaintiff* <br> v. <br> Musinorte Entertainment Corp., et al., <br> *Defendant* | Civil Action No. ~~03-CV-167-TUC-JMR~~ |

### CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* August 18, 2009

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court and that no appeal has been filed or, if one was filed, that it is no longer pending.

Date: 9/24/09

CLERK OF COURT

_____
*Signature of Clerk or Deputy Clerk*

FILED
2011 JAN 13 AM 10:22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

American LegalNet, Inc.
www.FormsWorkflow.com

PAID

JAN 1 3 2011

Clerk, US District Court
COURT 4612

# UNITED STATES DISTRICT COURT

District of ARIZONA

## EXEMPLIFICATION CERTIFICATE

I, __RICHARD H. WEARE__, Clerk of this United States District Court, keeper of the records and seal, certify that the attached documents: MC 11-24-UA

Case Number: ~~CV-03-167-TUC-JMR~~

Judgment

Filed 18 August 2009

are true copies of records of this Court.

In testimony whereof I sign my name and affix the seal of this Court, in this District, at __Tucson, Arizona__ on __9/15/09__

City / Date

RICHARD H. WEARE _____[signature]_____

Clerk / (By) Deputy Clerk

---

I, __United States District Judge JOHN M. ROLL__, a Judicial Officer of this Court, certify that __RICHARD H. WEARE__, named above, is and was on the date noted, Clerk of this Court, duly appointed and sworn, and keeper of the records and seal, and that this certificate, and the attestation of the record, are in accordance with the laws of the United States.

__9/15/09__ _____[signature: John M. Roll]_____

Date / Signature of Judge

United States District Judge
Title

---

I, __RICHARD H. WEARE__, Clerk of this United States District Court, keeper of the seal, certify that the Honorable __JOHN M. ROLL__,

Judge

named above, is and was on the date noted a Judicial Officer of this Court, duly appointed, sworn and qualified, and that I am well acquainted with the Judge's official signature and know and certify the above signature to be that of the Judge.

In testimony whereof I sign my name, and affix the seal of this Court at __Tucson__ in this State, on __9/16/09__

City / Date

RICHARD H. WEARE _____[signature]_____

Clerk / (By) Deputy Clerk

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Alejandro Lopez, a married man in his sole and separate right,<br><br>            Plaintiff,<br><br>vs.<br><br>Musinorte Entertainment Corp., et al.,<br><br>           Defendants. | CASE NO. 03-CV-167-TUC-JMR<br><br><br>**JUDGMENT** |

      This action came on regularly for trial before a jury on January 7, 2008. The Plaintiff presented evidence in support of his complaint, and the Defendants presented evidence in opposition thereto. On January 14, 2008, the case was submitted to the jury for its determination. On January 15, 2008, the jury returned a verdict for the Plaintiff, Alejandro Lopez.

      Thereafter Defendants filed motions for judgment as a matter of law, for judgment notwithstanding the verdict, and, in the alternative, for new trial. By order dated August 5, 2008, the court denied Defendants' motions, except that by said order, the Court amended the jury verdict with regard to future royalties, reserving the issue of future royalties for determination by the Court.

      The parties having addressed the issue of future royalties by memoranda, the Court now enters judgment on the Jury's verdict (except as to future royalties). The Court considered that issue and determined that Plaintiff is entitled to an accounting of all income received by Defendants in connection with recordings on which Plaintiff performed, beginning from June 30, 2007 through the date of judgment, and quarterly

thereafter, and to payment of twenty percent (20%) of all income received by Defendants since June 30, 2007 in connection with recordings on which Plaintiff performed.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED:**

The Court hereby enters final judgment of unjust enrichment and damages in favor of Plaintiff Alejandro Lopez. The jury **FINDS** and the Court **ORDERS**:

1.   That Defendants Musinorte Entertainment corporation, a New Mexico corporation; Huracanes, Inc., a California corporation; Heraclio Garcia and Rosa Garcia, husband and wife; Francisco Garcia and Irma Garcia, husband and wife; Jesus Garcia, a single man; and Guadalupe Garcia, a single man (hereinafter jointly and severally referred to as "all Defendants") have been unjustly enriched at the expense of the Plaintiff, Alejandro Lopez.

2.   That the Plaintiff, Alejandro Lopez, was damaged by all Defendants.

3.   That the damages due Plaintiff Alejandro Lopez are $1,117,000.00 (one million one hundred seventeen thousand and no/100 dollars).

4.   That Plaintiff Alejandro Lopez shall have judgment for damages in the amount of $1,117,000.00 (one million one hundred seventeen thousand and no/100 dollars) jointly and severally against all Defendants.

The Court further **ORDERS**:

5.   That Plaintiff Alejandro Lopez have judgment for damages jointly and severally against all Defendants for twenty percent (20%) of all royalties paid to said Defendants since June 30, 2007, and all income paid to them in future, for recordings on which Plaintiff Alejandro Lopez performed.

6. That the Defendants are ordered to account for and pay to Plaintiff Alejandro Lopez all such income as and when received, but not less often than quarterly.

7. That prejudgment interest shall run on the judgment for damages against all Defendants, and on all income royalties received between June 30, 2007 and the date of this judgment, at the rate authorized by 28 U.S.C. § 1961(a) as of the week preceding November 14, 2001, which the Court finds to be one and ninety-nine one hundredths of one percent (1.99%) per annum, beginning on November 14, 2001, and shall be compounded annually until the date of entry of this judgment, at which time the prejudgment interest shall be capitalized and incorporated into the judgment.

8. That post-judgment interest shall run on the judgment against all Defendants at the rate authorized by 28 U.S.C. § 1961(a) on the date of entry of this judgment.

9. That this Court shall retain jurisdiction to administer said accounting as required.

Dated this 18th day of August, 2009.

_____
John M. Roll
Chief United States District Judge

I hereby attest and certify on 9/15/09 that the foregoing document is a full, true and correct copy of the original on file in my office and in my custody.

CLERK, U.S. DISTRICT COURT
DISTRICT OF ARIZONA
By _____ Deputy